UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KYLE JAMES
        Plaintiff,   ) JURY TRIAL DEMANDED
                                                            )
                                                            )
v.   )Case No.
                                                            )   2:21-CV-09704-DSF-SKx
                                                            )
CREDENCE RESOURCE MANAGEMENT   )
LLC;   )
        Defendant.   )
                                                            )

## MOTION TO STRIKE
## DEFENDANTS PROPOSED ORDER
## TO FILE LATE ANSWER

    Plaintiff requests this court to strike the Defendant's proposed order to file late answer. The defendant filed for a 30 day extension on January 11, 2022 and failed to produce an answer within the given time period. Plaintiff requests the court to approve Motion for Entry of Default. Pursuant to Fed. R. Civ. P. 55. In support of this request, Plaintiff relies upon the record in this case and the memorandum of law in support submitted herein.

                                                         Respectfully submitted,

                                                         /s/ K. C. James
                                                         Kyle James
                                                         333 Washington Blvd
                                                         Marina Del Rey, CA 90292
                                                         kejames2389@gmail.com

## **CERTIFICATE OF SERVICE PURSUANT TO LCvR5.3(b)**

I certify that the foregoing was served upon the parties' attorney(s) of record via CM/ECF.

Dated: February 27, 2022

                                                    Respectfully submitted,

                                                    Kyle James