UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE JAMES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC,<br><br>　　　　Defendant. | Case No.: 2:21-cv-09704-DSF-SKx<br><br>ORDER GRANTING PARTIES' AGREED MOTION FOR DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC TO FILE LATE ANSWER<br><br>[Fed. R. Civ. P. 6(b)(1)(B)] |

　　　IT IS HEREBY ORDERED that, for good cause shown, the Court grant the Agreed Motion filed by the Parties, pursuant to Fed. R. Civ. P. 6(b)(1)(B), providing Credence Resource Management, LLC with leave to file a late Answer to the Complaint.

　　　IT IS SO ORDERED.

　DATED:  February 28, 2022

　　　　　　　　　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

1

Order Granting Agreed Motion to File Late Answer