UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KYLE JAMES** <br>       **Plaintiff,** <br> <br> v. <br> <br> **CREDENCE RESOURCE MANAGEMENT LLC,** <br>       **Defendant.** | ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) Case No. <br> )    2:21-CV-09704-DSF-SKx <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SETTLEMENT

Plaintiff, Kyle James, pursuant to Rule 41(a)(1)(A)(ii), has reached a settlement agreement and need approximately thirty (30) days to fulfill the settlement terms and file dismissal papers pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties consent to a stay of pending deadlines herein. May the Court so enter an Order or direct the Parties to formally move with respect thereto.

Dated: May 17, 2022

_____
Kyle James
333 Washington Blvd
Marina Del Rey, CA 90292
310-925-5830
kejames2389@gmail.com