JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE JAMES,<br><br>        Plaintiff,<br><br>    vs.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC,<br><br>        Defendant. | Case No.: 2:21-cv-09704-DSF-SKx<br><br>ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

Having considered the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that this case is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: June 29, 2022          By: _/s/ Dale S. Fischer_
                              HON. DALE S. FISCHER
                              U.S. DISTRICT COURT JUDGE

1